## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ANNA RILEY,**

       **Plaintiff,**

                                          **Case No.: 2:19-cv-2773**
**vs.**                                       **JUDGE EDMUND A. SARGUS**
                                          **Magistrate Judge Jolson**

**UNITED STATES POSTAL SERVICE,** *et al.***,**

       **Defendants.**

## ORDER

On April 23, 2020, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendant United States Postal Service ("USPS") be dismissed because Plaintiff failed to timely serve the USPS. (ECF No. 19). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint against Defendant USPS is hereby dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely effect service of process.

The Clerk shall remove ECF No. 19 from the Court's pending motions list.

       **IT IS SO ORDERED**.

Date: 6/26/2020                                   **s/ Edmund A. Sargus, Jr.**
                                                    **EDMUND A. SARGUS, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**