**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANNA RILEY,**

      **Plaintiff,**

                                          **Case No.: 2:19-cv-2773**
**vs.**                                        **JUDGE EDMUND A. SARGUS**
                                          **Magistrate Judge Jolson**

**UNITED STATES POSTAL SERVICE,** *et al.***,**

      **Defendants.**

## ORDER

On June 29, 2020, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the remaining Defendants Joel Sims and Ron Bowman be dismissed without prejudice as Plaintiff has not moved for default and appears to have abandoned this case.  (ECF No. 21).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendants Joel Sims and Ron Bowman are hereby **DISMISSED without prejudice**.  As they are the only remaining Defendants in this case, Plaintiff's Complaint is hereby dismissed without prejudice.

The Clerk shall remove ECF No. 21 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

                                          **s/** *Edmund A. Sargus*     **7/21/2020**
                                          **EDMUND A. SARGUS, JUDGE**
                                          **UNITED STATES DISTRICT COURT**